# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 01/17/2024 |
| Case: 1−23−42552−nhl | Form ID: 178 | Total: 23 |

**Recipients of Notice of Electronic Filing:**
```
tr          Alan Nisselson        anisselson@windelsmarx.com
aty         Alan Nisselson        anisselson@windelsmarx.com
aty         Leslie S Barr         lbarr@windelsmarx.com
```
                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Dongan Plaza Inc        81−05 Queen's Boulevard       Elmhurst, NY 11373
smg         NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg         NYC Department of Finance       345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance       Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg         Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom
            House         One Bowling Green, Room 510        New York, NY 10004−1408
10240395    Henley Wing Chiu        92−18 53rd Avenue        Elmhurst, NY 11373
10240392    Hon Ying        5816 264th Street        Little Neck, NY 11362
10240390    Jimmy Yu Chiu        92−18 53rd Ave        Elmhurst, NY 11373
10277620    John J. Keenan        Keenan Law Firm        3123 Cloverbank Road        Hamburg, New York 14075
10240391    John James Keenan        Keenan Law Firm        3123 Cloverbank Road        Hamburg, NY 10018
10240396    Liu Shu Mei        8601 Dongan Avenue        Apt 5D        Elmhurst, NY 11373
10281239    New York City Dept of Finance        Office of Legal Affairs        Collections Unit−RPT Taxes        375 Pearl
            Street, 30th fl        New York, NY 10038
10223772    Queens 8105 Lender LLC        LaMonica Herbst & Maniscalco LLP        3305 Jerusalem Avenue, Suite
            201        Wantagh, New York 11793
10282191    State of New York        New York State Attorney General        28 Liberty Street, 21st Floor        New York, New
            York 10005
10227938    Thomas R. Slome        Cullen and Dykman LLP        The Omni Building        333 Earle Ovington Blvd, 2nd
            Fl.        Uniondale, NY 11553
10240058    Tower Capital Management LLC servicer NYCTL 2021−A        Bronster, LLP, Attn: J. Logan Rappaport        156
            West 56th Street, Suite 703        New York, NY 10019
10239777    Tower Capital Management, LLC        J. Logan Rappaport, Esq.        Bronster LLP        156 West 56th Street,
            Suite 703        New York, NY 10019
10246076    XIA CHEN        84−20 51 ST AVENUE APT #LA        ELMHURST, NY 11373
10240394    Yan Juan Zheng        9806 Costbridge Lane        Hagerstown, MD 21740
10240393    Yan Ya Wang        418 Maples Court        Statesville, NC 28677
```
                                                                                    TOTAL: 20