# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 1/17/2024
Case: 1−23−42552−nhl     Form ID: 178     Total: 126

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Alan Nisselson | anisselson@windelsmarx.com |
| aty | Alan Nisselson | anisselson@windelsmarx.com |
| aty | Leslie S Barr | lbarr@windelsmarx.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Dongan Plaza Inc | 81−05 Queen's Boulevard    Elmhurst, NY 11373 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408 |
| 10292457 | 81−05 Queens Inc | 81−06 Dongan Avenue Apt 2R    Elmhurst NY 11373 |
| 10292456 | 81−05 Queens Inc | 86−22 Broadway 2FL    Elmhurst NY 11373 |
| 10292458 | 81−05 Queens Inc | William X Zou Esq    Bill Zou & Associates PLLC    136−20 38 Avenue Suite 10D    Flushing NY 11354 |
| 10292459 | 8105Q Realty LLC | 142−38 37th Avenue    Flushing NY 11354 |
| 10292460 | Acer Construction Inc | 139−81 35th Ave 6N    Flushing NY 11354 |
| 10292461 | Alan Heller, Esq | Foster Garvey PC    100 Wall Street, 20th Floor    New York, NY 10005 |
| 10292462 | Alex or Occupant 4F | 81−05 Queens Boulevard Apt 4F    Elmhurst New York 11373 |
| 10292463 | Amercan Bilin Association Inc or Occupant M3 | 81−05 Queens Boulevard Apt M3    Elmhurst New York 11373 |
| 10292464 | Arya Cafe a/k/a Aryaas Cafe | 81−05 Queens Blvd    Elmhurst NY 11373 |
| 10292465 | Austin R Graff Esq | The Scher Law Firm LLP    600 Old Country Road Suite 440    Garden City NY 11530 |
| 10292466 | Bing Lin | 81−06 Dongan Avenue #3F    Elmhurst NY 11373 |
| 10292468 | Bo Jin Zhu | 60 Henry Street Apt 15C    New York NY 10002 |
| 10292467 | Board of Managers of the | Dongan Tower Condominium    81−05 Queens Blvd    Elmhurst NY 11373 |
| 10292469 | Capital One Development LLC | 86−22 Broadway 2FL    Elmhurst NY 11373 |
| 10292470 | Dan Cui | 356 Hollywood Ave    Little Neck NY 11363 |
| 10292472 | De Gui Lin or Occupant 3G | 81−05 Queens Boulevard Apt 3G    Elmhurst New York 11373 |
| 10292473 | Diana Madero or Occupant 2E | 81−05 Queens Boulevard Apt 2E    Elmhurst New York 11373 |
| 10292471 | Diana Pulido or Occupant 4G | 81−05 Queens Boulevard Apt 4G    Elmhurst New York 11373 |
| 10292474 | Edwin Martinez or Occupant 5G | 81−05 Queens Boulevard Apt 5G    Elmhurst New York 11373 |
| 10292475 | Hai Yan Zhang | c/o Sylvia P Tsai Esq    Geng & Associates PC    275 Madison Avenue Suite 903    New York NY 10016 |
| 10240395 | Henley Wing Chiu | 92−18 53rd Avenue    Elmhurst, NY 11373 |
| 10292476 | Henley Wing or Occupant 3D | 81−05 Queens Boulevard Apt 3D    Elmhurst New York 11373 |
| 10292477 | Hishuhm Alhelo or Occupant 5E | 81−05 Queens Boulevard Apt 5E    Elmhurst New York 11373 |
| 10240392 | Hon Ying | 5816 264th Street    Little Neck, NY 11362 |
| 10292478 | Internal Revenue Service | Centralized Insolvency Operation    P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 10292479 | James Scott Yoh Esq. | 3000 Marcus Avenue Suite 3W8    Lake Success NY 11042−1073 |
| 10292480 | Jason Lin or Occupant 3F | 81−05 Queens Boulevard Apt 3F    Elmhurst New York 11373 |
| 10292481 | Jason Lin or Occupant 5F | 81−05 Queens Boulevard Apt 5F    Elmhurst New York 11373 |
| 10292482 | Jay L Yackow Esq | 355 Post Avenue Suite 201    Westbury NY 11590 |
| 10292483 | Jimmy Chin | c/o Sylvia P Tsai Esq    Geng & Associates PC    275 Madison Avenue Suite 903    New York NY 10016 |
| 10240390 | Jimmy Yu Chiu | 92−18 53rd Ave    Elmhurst, NY 11373 |
| 10292484 | Jimmy Yu Chiu or Occupant 3E | 81−05 Queens Boulevard Apt 3E    Elmhurst New York 11373 |
| 10292485 | John Aguirre or Occupant 6C | 81−05 Queens Boulevard Apt 6C    Elmhurst New York 11373 |
| 10277620 | John J. Keenan | Keenan Law Firm    3123 Cloverbank Road    Hamburg, New York 14075 |
| 10240391 | John James Keenan | Keenan Law Firm    3123 Cloverbank Road    Hamburg, NY 10018 |
| 10292486 | Jordan Dalessio or Occupant 6A | 81−05 Queens Boulevard Apt 6A    Elmhurst New York 11373 |
| 10292487 | Jose Penafiel or Occupant 3B | 81−05 Queens Boulevard Apt 3B    Elmhurst New York 11373 |
| 10292488 | Juan Avalos or Occupant 2G | 81−05 Queens Boulevard Apt 2G    Elmhurst New York 11373 |
| 10292489 | Juan Canalizo or Occupant 4B | 81−05 Queens Boulevard Apt 4B    Elmhurst New York 11373 |
| 10292490 | Juan Cantos or Occupant 6B | 81−05 Queens Boulevard Apt 6B    Elmhurst New York 11373 |
| 10292502 | Law Office of Mary T Dempsey PC | Attn Mary T Dempsey Esq    40 Wall Street 28th Fl    New York NY 10005 |
| 10240396 | Liu Shu Mei | 8601 Dongan Avenue    Apt 5D    Elmhurst, NY 11373 |
| 10292498 | Louis H Klein Esq | The Kasen & Liu Law Firm PLLC    136−33 37th Avenue Suite 8B    Flushing NY 11354 |
| 10292500 | Lucky Chau Realty Inc. | 39−16 213 St    Bayside NY 11361 |
| 10292501 | Maria V Body of Art BY MV LLC | 81−05 Queens Boulevard    Suite 1    Elmhurst New York 11373 |

| ID | Name | Address 1 | Address 2 | Address 3 |
|---|---|---|---|---|
| 10292503 | Miller Rosado & Algios LLP | Attn Neil A Miller Esq | 320 Old Country Rd Suite 103 | Garden City NY 11530 |
| 10292504 | Moe Ma Lwin or Occupant 2B | 81–05 Queens Boulevard Apt 2B | Elmhurst New York 11373 | |
| 10292505 | Mohammad Taghi Noori | 203 Yoakum Parkway Apt 1521 | Alexandria VA 22304 | |
| 10292515 | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn NY 11201–3775 |
| 10292516 | NYC Department of Finance | Office of Legal Affairs | 375 Pearl Street | Brooklyn NY 11201–3775 |
| 10292517 | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany NY 12205–0300 |
| 10292525 | NYS Deptartment of Taxation & Finance | Bankruptcy Unit – TCD | Building 8 Room 455 | WA Harriman State Campus Albany NY 12227 |
| 10292526 | NYS Unemployment Insurance | Attn Insolvency Unit | Bldg 12 Room 256 | Albany NY 12240–0001 |
| 10292506 | Nancy Dougherty | NYS Department of State | 99 Washington Ave | 1 Commerce Plaza 6th Flr Albany NY 12231 |
| 10292507 | New Baifeng Inc Tenant | 81–05 Queens Boulevard | Elmhurst New York 11373 | |
| 10292509 | New York City Department of | Housing Preservation and Development | 100 Gold Street | New York NY 10038 |
| 10292508 | New York City Department of Buildings | 100 Church Street | New York NY 10007 | |
| 10281239 | New York City Dept of Finance | Office of Legal Affairs | Collections Unit–RPT Taxes | 375 Pearl Street, 30th fl New York, NY 10038 |
| 10292510 | New York City Environmental Control Board | 100 Church Street | New York NY 10007 | |
| 10292511 | New York City Environmental Control Board | 59–17 Junction Boulevard | Corona New York 11358 | |
| 10292513 | Nicholas John Minella Esq | Office of the Attorney General of the | State of New York | 28 Liberty St New York NY 10005 |
| 10292512 | Nicole Lubell Esq | Office of the Attorney General of the | State of New York | 28 Liberty St New York NY 10005 |
| 10292514 | Norman YC Chiu | c/o Louis H. Klein, Esq. | The Kasen & Liu Law Firm PLLC | 136–33 37th Avenue, Suite 8B Flushing, NY 11354 |
| 10292527 | Queens 8105 Lender LLC | Attn Gary F Herbst Esq | LaMonica Herbst & Maniscalco LLP | 3305 Jerusalem Avenue Suite 201 Wantagh New York 11793–2028 |
| 10223772 | Queens 8105 Lender LLC | LaMonica Herbst & Maniscalco LLP | 3305 Jerusalem Avenue, Suite 201 | Wantagh, New York 11793 |
| 10292528 | Season Abstract Inc or Occupant M2 | 81–05 Queens Boulevard Apt M2 | Elmhurst New York 11373 | |
| 10292529 | Shaikh Faysal Mohamud or Occupant 4A | 81–05 Queens Boulevard Apt 4A | Elmhurst New York 11373 | |
| 10292530 | Shuai Yin | 356 Hollywood Ave | Little Neck NY 11363 | |
| 10292531 | Shumei Liu a/k/a Liu Shu Mei | 86–01 Dongan Avenue Apt 5D | Elmhurst NY 11373 | |
| 10292532 | Shumei Liu or Occupant 5D | 81–05 Queens Boulevard Apt 5D | Elmhurst New York 11373 | |
| 10282191 | State of New York | New York State Attorney General | 28 Liberty Street, 21st Floor | New York, New York 10005 |
| 10292544 | Tenant or Occupant | 81–05 Queens Boulevard | Suite 2 | Elmhurst New York 11373 |
| 10292533 | Tenant or Occupant 2A | 81–05 Queens Boulevard Apt 2A | Elmhurst New York 11373 | |
| 10292534 | Tenant or Occupant 2C | 81–05 Queens Boulevard Apt 2C | Elmhurst New York 11373 | |
| 10292535 | Tenant or Occupant 2D | 81–05 Queens Boulevard Apt 2D | Elmhurst New York 11373 | |
| 10292536 | Tenant or Occupant 2F | 81–05 Queens Boulevard Apt 2F | Elmhurst New York 11373 | |
| 10292537 | Tenant or Occupant 3A | 81–05 Queens Boulevard Apt 3A | Elmhurst New York 11373 | |
| 10292538 | Tenant or Occupant 5A | 81–05 Queens Boulevard Apt 5A | Elmhurst New York 11373 | |
| 10292539 | Tenant or Occupant 5C | 81–05 Queens Boulevard Apt 5C | Elmhurst New York 11373 | |
| 10292540 | Tenant or Occupant 5H | 81–05 Queens Boulevard Apt 5H | Elmhurst New York 11373 | |
| 10292541 | Tenant or Occupant 6D | 81–05 Queens Boulevard Apt 6D | Elmhurst New York 11373 | |
| 10292542 | Tenant or Occupant M1 | 81–05 Queens Boulevard Apt M1 | Elmhurst New York 11373 | |
| 10292543 | Tenant or Occupant M4 | 81–05 Queens Boulevard Apt M4 | Elmhurst New York 11373 | |
| 10292499 | The Kasen & Liu Law Firm PLLC | Attn Louis H Klein Esq | 136–33 37th Avenue Suite 8B | Flushing NY 11354 |
| 10292545 | The Scher Law Firm | 600 Old Country Rd Suite 440 | Garden City New York 11530 | |
| 10292546 | Thomas R Slome | Cullen and Dykman LLP | The Omni Building | 333 Earle Ovington Blvd 2nd Fl Uniondale NY 11553–3621 |
| 10227938 | Thomas R. Slome | Cullen and Dykman LLP | The Omni Building | 333 Earle Ovington Blvd, 2nd Fl. Uniondale, NY 11553 |
| 10292548 | Tibetan Arts Home Inc | 81–05 Queens Boulevard | Suite 3 | Elmhurst New York 11373 |
| 10292547 | Tibetan Arts Home Inc or Occupant 4D | 81–05 Queens Boulevard Apt 4D | Elmhurst New York 11373 | |
| 10240058 | Tower Capital Management LLC servicer NYCTL 2021–A | Bronster, LLP, Attn: J. Logan Rappaport | 156 West 56th Street, Suite 703 | New York, NY 10019 |
| 10292549 | Tower Capital Management LLC servicer NYCTL 2021–A | c/o Bronster LLP | Attn J Logan Rappaport | 156 West 56th St. Ste 703 New York NY 10019–4014 |
| 10239777 | Tower Capital Management, LLC | J. Logan Rappaport, Esq. | Bronster LLP | 156 West 56th Street, Suite 703 New York, NY 10019 |
| 10292610 | Tu Kang Yang | 102–55 67th Dr Apt 3C | Forest Hills NY 11375 | |
| 10292609 | Tu Kang Yang | 133–33 Sanford Ave Apt 3G | Flushing NY 11355 | |
| 10292608 | Tu Kang Yang | c/o The Scher Law Firm | 600 Old Country Rd Suite 440 | Garden City New York 11530 |
| 10292612 | US Small Business Administration | 2 North Street Suite 320 | Birmingham AL 35203 | |
| 10292613 | US Small Business Administration | New York District Office | Attention Diana St Louis District Counse | 26 Federal Plaza Room 3100 New York NY 10278 |

| ID | Name | Address |
|---|---|---|
| 10292611 | United States Attorney's Office | Eastern District of New York   Attention Kevin Yim   271–A Cadman Plaza East 7th Floor   Brooklyn NY 11201–1820 |
| 10292614 | Weilang Jie | c/o Mark Fang Esq   Zumpano Patricios & Popok PLLC   38–08 Union Street Suite 2H–B   Flushing New York 11354 |
| 10292617 | William X Zou Esq | Bill Zou & Associates PLLC   136–20 38th Avenue   Suite 10–D   Flushing NY 11354 |
| 10292616 | Wing Fung Chau a/k/a Andy Chau | 32–27 214th Place   Bayside NY 11361 |
| 10292615 | Wing Fung Chau a/k/a Andy Chau | 52 Berry Avenue   Staten Island NY 10312 |
| 10246076 | XIA CHEN | 84–20 51 ST AVENUE APT #LA   ELMHURST, NY 11373 |
| 10292618 | Xia Chen | 84–20 51 St Avenue Apt LA   Elmhurst NY 11373–5809 |
| 10292619 | Xia Chen or Occupant 3C | 81–05 Queens Boulevard Apt 3C   Elmhurst New York 11373 |
| 10292622 | Yan J. Zhengor or Occupant 3H | 81–05 Queens Boulevard Apt 3H   Elmhurst New York 11373 |
| 10292621 | Yan Juan Zheng | 9606 Costbridge Lane   Hagerstown MD 21740 |
| 10240394 | Yan Juan Zheng | 9806 Costbridge Lane   Hagerstown, MD 21740 |
| 10292624 | Yan Y Wang or Occupant 4H | 81–05 Queens Boulevard Apt 4H   Elmhurst New York 11373 |
| 10292623 | Yan Ya Wang | 418 Mables Court   Statesville NC 28677 |
| 10240393 | Yan Ya Wang | 418 Maples Court   Statesville, NC 28677 |
| 10292620 | Yang Jie | c/o Mark Fang Esq   Zumpano Patricios & Popok PLLC   38–08 Union Street Suite 2H–B   Flushing New York 11354 |
| 10292625 | Ying Hon a/k/a Hon Ying | 58–16 264th Street   Queens NY 11362 |
| 10292626 | Ying Hon or Occupant 5B | 81–05 Queens Boulevard Apt 5B   Elmhurst New York 11373 |
| 10292627 | Zhao Y. Zhu or Occupant 4C | 81–05 Queens Boulevard Apt 4C   Elmhurst New York 11373 |
| 10292629 | Zhi Fang Chen | c/o Sylvia P Tsai Esq   Geng & Associates PC   275 Madison Avenue Suite 903   New York NY 10016 |
| 10292628 | Zhi Fang Chen or Occupant 4E | 81–05 Queens Boulevard Apt 4E   Elmhurst New York 11373 |
| 10292630 | Zumpano Patricios & Popok PLLC | Attn Mark Fang Esq   38–08 Union Street Suite 2H–B   Flushing New York 11354 |

TOTAL: 123